O

JS-5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANCY MABERY, | ) | Case No. CV 11-02598 DDP (JCGx) |
| Plaintiff, | ) | **ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY** |
| v. | ) | |
| | ) | [Docket No. 17] |
| SMITH & NEPHEW, INC., | ) | |
| Defendant. | ) | |

Presently before the court is Plaintiff's Motion to Lift Stay ("Motion"). On May 22, 2012, Defendant Smith & Nephew, Inc. filed a Notice of Non-Opposition to the Motion, notifying the court that "it does not oppose Plaintiff's Motion to Lift Stay." The court therefore GRANTS Plaintiff's Motion, and lifts its ruling staying this proceeding.

IT IS SO ORDERED.

Dated: June 8, 2012

DEAN D. PREGERSON
United States District Judge